PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT      CASE NO. _____

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added Information

USA vs.
Defendant: PATRICK CLYNE

Address: **REDACTED**

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT DISTRICT OF   Rhode Island
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): ANDREW J. REICH

☐ Interpreter

Birth Date _____
☒ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number: **REDACTED**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
US POSTAL SERVICE

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAG. JUDGE CASE NO. _____

Place of offense: District of Rhode Island    County

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
　☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts ___1___

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
|  | 18 U.S.C. Section 1341 | Mail Fraud | ☒ Felony ☐ Misdemeanor |
|  | PENALTIES: 20 years imprisonment; 3 year |  | ☐ Felony ☐ Misdemeanor |
|  | supervised release; $250,000. fine or twice |  | ☐ Felony ☐ Misdemeanor |
|  | the gain or loss, whichever is greater; and a |  | ☐ Felony ☐ Misdemeanor |
|  | $100.00 special assessment | Estimated Trial Days: 2 | ☐ Felony ☐ Misdemeanor |