UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : Cr. No. 07-032ML |
| | : Case No. 1:06-M-127M |
| | : Case No. 1:06-M-128M |
| PATRICK CLYNE | : |
| IBTISAMA BRADLEY | : |

## MOTION TO UNSEAL

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Andrew J. Reich, Assistant United States Attorney, and moves to unseal the Indictment, Complaints and accompanying documents that were previously sealed.

On November 8, 2006, Complaints and related documents were filed against the defendants, and upon motion of the government, were placed under seal. The defendants were subsequently indicted on March 21, 2007, at which time the Court, on motion of the government, ordered the sealing of the indictment and related documents.

Although the defendants are not in custody, the government no longer believes that maintaining these documents under seal will assist in their apprehension. For these reasons, we

respectfully request that the Indictment, Complaints and accompanying documents be unsealed.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATE: 3-26-07