UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : CR 07 032 -01ML
:
V. : Cr. No.
: In violation of 18 U.S.C.
PATRICK CLYNE : §§ 371, 1341 and 2
IBTISAMA BRADLEY :

**INDICTMENT**

FILED
MAR 21 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

The Grand Jury charges that:

**COUNT 1**

**Introduction**

At all times material to this Indictment:

1. Defendants PATRICK CLYNE and IBTISAMA BRADLEY resided in Rhode Island.

2. Defendant PATRICK CLYNE was employed by the Rhode Island School of Design ("RISD"), and was responsible for maintaining systems related to fire safety. He also had the authority to request, schedule and approve work relating to fire safety.

3. Beginning in or about October 1997, and continuing until in or about October 2005, in the District of Rhode Island and elsewhere, the defendants,

PATRICK CLYNE
and
IBTISAMA BRADLEY,

together with others known and unknown to the grand jury, knowingly, willfully, and unlawfully combined, conspired and agreed with each other to knowingly and willfully devise and attempt to devise a scheme and artifice to defraud, and for obtaining money and property, by means of false and fraudulent pretenses, representations, and promises, and to cause items to be delivered by the United States mails according to the directions thereon for the purpose of executing said scheme

and artifice, in violation of 18 U.S.C. § 1341.

4. It was the purpose and objective of the conspiracy to obtain funds from the Rhode Island School of Design based on false and fraudulent pretenses, representations and promises concerning services allegedly performed by Ankh Electric, Ltd. for RISD relating to fire safety.

**Manner and Means of the Conspiracy**

5. It was part of the conspiracy that on or about October 31, 1997, defendant IBTISAMA BRADLEY opened bank account # 032001042 at Bank RI in the name of Ankh Electric Ltd.

6. It was further part of the conspiracy that on or about November 12, 1997, a Certificate of Incorporation was filed for Ankh Electric Ltd. in the State of Delaware, which listed defendant IBTISAMA BRADLEY as the incorporator of Ankh Electric Ltd.

7. It was further part of the conspiracy that on or about March 24, 1998, defendant IBTISAMA BRADLEY established post office box number 29374 in Providence, R.I., for Ankh Electric Ltd., which authorized defendants IBTISAMA BRADLEY and PATRICK CLYNE to accept mail addressed to the post office box.

8. It was further part of the conspiracy that between in or about October 1997, and continuing until in or about October 2005, the defendants caused invoices to be prepared for RISD on the letterhead of Ankh Electric, Ltd., which falsely and fraudulently represented that Ankh Electric, Ltd. performed services for RISD relating to fire safety, when in fact, the described services were not performed.

9. It was further part of the conspiracy that between in or about October 1997, and continuing until in or about October 2005, defendant PATRICK CLYNE approved the false and fraudulent Ankh Electric, Ltd. invoices for payment, and forwarded the approved invoices to the

RISD Purchasing Department for payment.

10. It was further part of the conspiracy that based on the Ankh Electric, Ltd. invoices that were approved for payment by defendant PATRICK CLYNE, the RISD Purchasing Department authorized payments to Ankh Electric, Ltd., which resulted in the issuance of RISD checks payable to Ankh Electric Ltd. The RISD checks were initially mailed to an address used by the defendants at 118 Manton Ave., Providence, R.I., and after approximately April 1998, to post office box number 29374, Providence, R.I.

11. It was further part of the conspiracy that the RISD checks were deposited into Bank RI account # 032001042 in the name of Ankh Electric Ltd.

12. It was further part of the conspiracy that after the funds were deposited into Bank RI account # 032001042, defendant IBTISAMA BRADLEY wrote checks against the Ankh Electric bank account. The vast majority of these funds were withdrawn from the account in the form of checks payable to cash.

13. It was further part of the conspiracy that defendant PATRICK CLYNE did not disclose to employees or officers of RISD that he and/or his wife were the principals of Ankh Electric Ltd., that they had an interest in Ankh Electric Ltd., or that they were involved in any manner with Ankh Electric Ltd.

14. It was further part of the conspiracy that the approximate total amount of the checks issued by RISD to Ankh Electric, Ltd. based on the false and fraudulent invoices were as follows:

| Year | Approx. Amount |
|---|---|
| 1997 | $9,535.00 |
| 1998 | $55,523.00 |
| 1999 | $87,571.50 |

| | |
|---|---|
| 2000 | $158,699.00 |
| 2001 | $130,556.00 |
| 2002 | $179,816.00 |
| 2003 | $180,754.00 |
| 2004 | $68,788.00 |
| 2005 | $155,157.00 |
| Total | $1,026,399.50 |

**Overt Acts Performed in Furtherance of the Conspiracy**

In furtherance of the conspiracy and to accomplish its objectives and purposes, at least one of the following overt acts among others were committed by one or more of the coconspirators, in the District of Rhode Island and elsewhere:

15. On or about October 31, 1997, defendant IBTISAMA BRADLEY opened bank account # 032001042 at Bank RI in the name of Ankh Electric Ltd.

16. On or about November 12, 1997, defendant IBTISAMA BRADLEY caused a Certificate of Incorporation to be filed for Ankh Electric Ltd. in the State of Delaware.

17. On or about March 24, 1998, defendant IBTISAMA BRADLEY established post office box number 29374 in Providence, R.I., for Ankh Electric Ltd.

**Overt Acts 18 - 35**

On or about each of the dates list below, defendant PATRICK CLYNE approved the indicated invoices from Ankh Electric, Ltd. for payment by RISD:

| Overt act | Approx. date of approval | Ankh Elec. Invoice date | Ankh Elec. Invoice amount |
|---|---|---|---|
| 18 | 07/20/98 | 07/18/98 | $ 2,400.00 |
| 19 | 08/17/99 | 08/13/99 | $ 9,375.50 |

| | | | |
|---|---|---|---|
| 20 | 08/26/99 | 08/23/99 | $ 9,375.00 |
| 21 | 05/14/01 | 05/14/01 | $ 2,188.00 |
| 22 | 07/27/01 | 07/27/01 | $ 8,100.00 |
| 23 | 01/30/02 | 01/30/02 | $ 9,270.00 |
| 24 | 03/05/02 | 03/05/02 | $17,367.00 |
| 25 | 05/08/02 | 05/08/02 | $ 6,600.00 |
| 26 | 06/17/02 | 06/17/02 | $2,620.00 |
| 27 | 06/24/03 | 06/24/03 | $ 6,508.00 |
| 28 | 09/09/03 | 09/09/03 | $ 410.00 |
| 29 | 09/18/03 | 09/18/03 | $ 580.00 |
| 30 | 09/10/04 | 09/10/04 | $ 5,200.00 |
| 31 | 01/21/05 | 01/21/05 | $ 3,200.00 |
| 32 | 02/16/05 | 02/11/05 | $ 7,700.00 |
| 33 | 06/20/05 | 06/17/05 | $ 4,800.00 |
| 34 | 06/20/05 | 06/20/05 | $11,200.00 |
| 35 | 08/17/05 | 08/17/05 | $ 3,500.00 |

All in violation of 18 U.S.C. § 371.

## COUNTS 2 - 11

### A. Introduction

1. The grand jury realleges and incorporates by reference paragraphs 1 and 2 of Count One of this Indictment in their entirety as though fully set forth herein.

**B. The Scheme**

2. Beginning in or about October 1997, and continuing until in or about October 2005, in the District of Rhode Island and elsewhere, the defendants,

PATRICK CLYNE
and
IBTISAMA BRADLEY,

knowingly devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property, from RISD by means of false and fraudulent pretenses, representations, and promises.

**C. Manner and Means**

3. The substance of the scheme and artifice, and its manner and means are described in paragraphs 5 through 14 of Count One of this Indictment, the allegations of which are incorporated by this reference as though fully set forth herein.

**D. Execution of the Scheme**

4. On or about each of the dates set forth below, in the district of Rhode Island, and elsewhere, for the purpose of executing the aforementioned scheme and artifice, and attempting to do so, the defendants did knowingly cause to be delivered by United States mail, according to the directions thereon, envelopes containing checks drawn on the bank account of RISD and payable to Ankh Electric, Ltd., and mailed from RISD located at 2 College St., Providence, R.I., to Ankh Electric, Ltd., at post office box 29374, Providence, R.I.:

| Count | Date of mailing | Check No. | Amount |
|---|---|---|---|
| 2 | 05/16/02 | 376619 | $6,600.00 |
| 3 | 06/26/02 | 378725 | $2,620.00 |

| | | | |
|---|---|---|---|
| 4 | 06/30/03 | 395676 | $6,508.00 |
| 5 | 01/22/04 | 404414 | $1,917.00 |
| 6 | 09/16/04 | 414919 | $5,200.00 |
| 7 | 02/08/05 | 420955 | $3,200.00 |
| 8 | 02/24/05 | 422024 | $7,700.00 |
| 9 | 06/28/05 | 427797 | $4,800.00 |
| 10 | 07/01/05 | 428314 | $11,200.00 |
| 11 | 08/30/05 | 430008 | $3,500.00 |

Each in violation of 18 U.S.C. §§ 1341 and 2.

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses alleged in Counts 1 through 11 of this Indictment, the defendants, PATRICK CLYNE and IBTISAMA BRADLEY, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1) (c) and 28 U.S.C. § 2461(c), any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations, including but not limited to the following:

(1) One parcel of real property with buildings, appurtenances, and improvements, located at 67 Ridge Street, Providence, R.I., that is more fully described as follows:

> That certain lot or parcel of land with all the buildings and improvements thereon, situated on the northwesterly side of Ridge Street, in the City and County of Providence, State of Rhode Island, more particularly as, beginning at a point on the northwesterly side of Ridge Street, which said point is at the northeasterly corner of land now or formerly of Herman and Evelyn F. Gianlorenzo, thence proceeding northwesterly, bounding southwesterly on said Gianlorenzo land, 88' to the Route 6 connector; thence turning and running northeasterly 97.06 feet, bounding northwesterly on said connector, to a point; thence turning an interim

angle of 94 degree 50 min and 42 seconds and running southeasterly, bounding on other land of the Corporation of the Church of the Holy Ghost, 85.87 feet to Ridge Street; thence turning an interior angle of 88 degrees and 20 minutes, bounding southeasterly on Ridge Street, 99.50 feet to the pt. and place of beginning. Meaning and intending, Parcel A on that plan entitled "Subdivision of Land, Corporation of the Church of the Holy Ghost, 67 Ridge Street, Providence, RI, Assessors Plat 33, Lot 147, September 19, 1997, Gilbert and Maloney, Engineers and Land Surveyors, Scale 1"' = 20 ft. which said plan is recorded in the Land Evidence Records of the City of Providence on December 23, 1998.

(2) One parcel of real property with buildings, appurtenances, and improvements, located in Ballinamore, Ireland, that is more fully described as follows:

All that and those part of the lands of the townland of Drumbad situate in the Barony of Carrigallen and County of Leitrim being all of the lands comprised in folio 10746 of the Register of Freeholders of the said County comprising 20 acres 1 rood and 18 perches.

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ANDREW J. REICH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division

Dated: 3-21-07