AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

PATRICK CLYNE and IBTISAMA BRADLEY

**APPEARANCE**

Case Number: 07-032-01ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Patrick Clyne.

I certify that I am admitted to practice in this court.

5/7/2007
Date

Signature

Kevin J. Bristow, Esq.
Print Name

3984
Bar Number

505 Turks Head Building
Address

Providence
City

RI
State

02903
Zip Code

(401) 521-2800
Phone Number

(401) 521-2812
Fax Number