AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

PATRICK CLYNE

## WARRANT FOR ARREST

Case Number: 1:06-M-128 LR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest PATRICK CLYNE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

mail fraud

Attest to True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

in violation of Title 18 United States Code, Section(s) 1341

| | |
|---|---|
| David L. Martin | David L Martin |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. MAGISTRATE JUDGE | 11-8-06 Providence RI |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and ~~executed with the arrest of the above-named defendant at~~ Returned unexecuted upon receipt of new warrant and superceding indictment

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/08/2006 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST | | |