**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL NO.: 07-CR-00032-ML** |
| **PATRICK CLYNE and IBTISAMA BRADLEY, Defendants.** | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTIONS**

Defendants Patrick Clyne and Ibtisama Bradley, by and through undersigned counsel, hereby respectfully requests that this Honorable Court modify its Arraignment Order of May 7, 2007, to extend by four (4) weeks, the time in which defendants may file pretrial motions, from June 18, 2007 until July 16, 2007. In support of this Motion, defendants state, by and through undersigned counsel the following:

1. To date, the government has provided in excess of 3,000 pages of discovery in this case. In addition, the government has notified undersigned counsel that it has in its possession additional discovery that I will be permitted to inspect. Moreover, counsel for the government has indicated that he is sending me additional discovery today.

2. In addition, counsel for the government recently informed undersigned counsel, that the government intends to issue a Superseding Indictment in this case sometime around mid-July, 2007. Said Superseding Indictment will likely have an impact on the parties' discovery obligations as well as any pretrial motions defendants may file.

3. Under the circumstances, an extension of four weeks is reasonable and will not adversely impact the trial of this matter, especially since a firm trial date has not yet been established by the district court (Lisi, J.).

4. In addition, undersigned counsel has discussed this extension with counsel for the government, AUSA Andrew J. Reich, and Mr. Reich has informed undersigned counsel that the government does not object to defendants' request.

5. Finally, since defendants are requesting additional time after receipt of discovery to file pretrial motions, should the Court grant this motion, the period from June 18, 2007 until July 16, 2007, a period of 28 days, may be deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), because the interests of justice in allowing defendants additional time to examine the discovery furnished and to be furnished and to prepare pretrial motions outweigh the interests of the public and the defendants to a speedy trial.

WHEREFORE, defendants respectfully request this Honorable Court to grant this motion and to extend by four (4) weeks, the time in which defendants may file pretrial motions, from June 18, 2007 until July 16, 2007.

Respectfully submitted,

/s/ Scott P. Lopez

Scott P. Lopez, Mass. BBO # 549556
*Pro Hac Vice Counsel*
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

/s/ Kevin J. Bristow

Kevin J. Bristow, RI Bar ID # 3984
*Local Counsel*
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

Dated: June 12, 2007

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007, a copy of the foregoing Motion was filed electronically and served by mail on any attorney of record that is unable to accept electronic filing in this. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by first class mail to any attorney of record unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Scott P. Lopez
Scott P. Lopez