**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **v.** | ) | **CRIMINAL NO.: 07-CR-00032-ML** |
| **PATRICK CLYNE and IBTISAMA BRADLEY, Defendants.** | ) | |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF**
**THEIR MOTION FOR LEAVE TO TRAVEL TO COLORADO**

Defendants Patrick Clyne and Ibtisama Bradley, by and through undersigned counsel, submit this Memorandum of Law in Support of their Motion for Leave to Travel to Colorado Springs, Colorado, to attend the formal wedding of defendant Ibtisama Bradley's daughter and defendant Patrick Clyne's step-daughter, Lisa Lefringhouse, to Adam V. Lefringhouse, a Captain in the United States Marines.

This Honorable Court's May 7, 2007, Order Setting Conditions of Release restricts defendants' travel to the District of Rhode Island. See Paragraph 7(i). However, courts enjoy wide latitude over the extent of geographic restrictions as conditions of release. See 18 U.S.C. § 3142(c)(1)(B)(iv)(authorizing restrictions on travel); Cf. Pelland v. Rhode Island, 317 F.Supp.2d 86, 91 (D.R.I. 2004) (restrictions on interstate travel frequently imposed on probationers and parolees as a condition of freedom); United States v. Stanphill, 146 F.3d 1221, 1222 (10th Cir. 1998); United States v. Pugliese, 960 F.2d 913, 915 (10th Cir. 1992). Moreover, courts have broad discretion in determining whether to allow travel outside the district. Stanphill, supra at 1223-1224. Indeed, the right to travel from state to state, though not explicitly guaranteed by the United States Constitution,

has long been recognized as a liberty interest protected by the Fourteenth Amendment. Pelland, supra at 88. Accordingly, in the present case, it is well within this Honorable Court's discretion to allow defendants to travel to Colorado Springs, Colorado to attend their family wedding and reception.

WHEREFORE, defendants respectfully request this Honorable Court to grant their motion for leave to travel and permit them to travel to Colorado Springs, Colorado, from June 21, 2007, until June 25, 2007.

Respectfully submitted,

/s/ Scott P. Lopez

Scott P. Lopez
Mass. BBO # 549556
*Pro Hac Vice Counsel*
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

/s/ Kevin J. Bristow

Kevin J. Bristow
RI Bar ID # 3984
*Local Counsel*
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

Dated: June 12, 2007

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007, a copy of the foregoing Motion was filed electronically and served by mail on any attorney of record that is unable to accept electronic filing in this. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by first class mail to any attorney of record unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Scott P. Lopez
Scott P. Lopez