**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**PATRICK CLYNE and**<br>**IBTISAMA BRADLEY,**<br>**Defendants.** | **CRIMINAL NO.: 07-CR-00032-ML** |

**ORDER ON DEFENDANTS'**
**MOTION FOR LEAVE TO TRAVEL TO COLORADO**

This cause came to be heard on defendants Patrick Clyne and Ibtisama Bradley's Motion for Leave to Travel to Colorado. This Court, having granted said motion, hereby makes the following findings:

1. Defendants' Motion for Leave to Travel to Colorado is hereby ALLOWED;

2. Paragraph 7(t) of this Court's May 7, 2007 Order Setting Conditions of Release as to defendant, Patrick Clyne, requiring electronic monitoring of a 6:00 p.m. to 8:00 a.m. curfew, is hereby temporarily suspended from June 21, 2007 through June 25, 2007;

3. Paragraph 7(i) of this Court's May 7, 2007, Order Setting Conditions of Release as to both defendants, Patrick Clyne and Iptisama Bradley, restricting defendants' travel to the District of Rhode Island, is hereby temporarily suspended from June 21, 2007 through June 25, 2007, so defendants can travel to Colorado; and

4. Defendants Patrick Clyne and Iptisama Bradley are hereby permitted to leave the District of Rhode Island from June 21, 2007, until June 25, 2007, for the limited purpose of traveling to Colorado to attend a family wedding and reception.

SO ORDERED:

Dated: 6-19-07

David L. Martin
David L. Martin
U.S. Magistrate Judge