**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**PATRICK CLYNE and**<br>**IBTISAMA BRADLEY,**<br>**Defendants.** | **CRIMINAL NO.: 07-CR-00032-ML** |

**DEFENDANTS' MOTION FOR CONTINUANCE OF THEIR TRIAL AND FINAL PRETRIAL CONFERNCE AND FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

Defendants Patrick Clyne and Ibtisama Bradley, by and through undersigned counsel, hereby respectfully request the Honorable Court to: (1) continue their trial currently scheduled for jury selection on August 2, 2007, until the October 2007 trial calendar; (2) continue the final pretrial conference currently scheduled for July 26, 2007, until a date deemed appropriate by the Court, and (3) extend the time to file pretrial motions currently scheduled for July 18, 2007, until a date in September 2007 deemed appropriate by the Court.

In support of this Motion, defendants state, by and through undersigned counsel the following:

1. The Indictment in this case alleges a conspiracy to commit mail fraud over an 8-year period commencing in October 1997 and continuing until October 2005. The Indictment, which was returned in March 2007, is the culmination of a 12-month investigation that was initiated in or about November 2005 and completed in November 2006. However, defendants' arraignment did not occur until May 7, 2007, and undersigned counsel has only been involved in this case in earnest since shortly before the arraignment.

2. To date, the government has provided in excess of 3,000 documents in discovery. Also, the government has in its possession additional discovery that defendants and undersigned counsel are scheduled to inspect tomorrow. Undersigned counsel needs additional time to review the discovery received to date as well as determine what, if any, additional discovery may be necessary.

3. Given the scope of the conspiracy alleged and after discussions with counsel for the government, it is very likely that any trial in this case will take no less than two (2) full weeks and, more likely, three (3) weeks or more to complete. Given the expected length of the trial in this case, undersigned counsel also needs additional time to prepare for trial.

4. Moreover, presently, the parties are discussing the possibility of resolving this case without the need for a trial and some additional time is necessary to determine whether this possibility will become a reality.

5. In addition, counsel for the government has informed undersigned counsel that if this matter is not resolved through plea negotiations the government intends to seek a Superseding Indictment in this case. Of course, any Superseding Indictment will likely have an impact on the parties' discovery obligations as well as any pretrial motions defendants may file.

6. Also, undersigned counsel has discussed this extension with counsel for the government, AUSA Andrew J. Reich, and Mr. Reich has informed undersigned counsel that the government does not object to defendants' request.

7. Thus, given all of the above circumstances, defendants submit that good cause exists for continuing the trial in the above matter until the Court's October 2007 trial calendar and rescheduling both the final pretrial conference and the time for filing pretrial motions.

8. Finally, since defendants are requesting a continuance of the trial and final pretrial conference and additional time after receipt and review of all discovery to file pretrial motions, should the Court grant this motion, the period from July 18, 2007, until the date deemed appropriate by the Court for the filing of pretrial motions can be deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), because the interests of justice in allowing defendants additional time to examine the discovery furnished and to be furnished, to prepare pretrial motions, and to prepare for trial outweigh the interests of the public and the defendants to a speedy trial.

WHEREFORE, defendants respectfully request this Honorable Court to grant this motion and (1) continue their trial currently scheduled for jury selection on August 2, 2007, until the October 2007 trial calendar; (2) continue the final pretrial conference currently scheduled for July 26, 2007, until a date deemed appropriate by the Court, and (3) extend the time to file pretrial motions currently scheduled for July 18, 2007, until a date in September 2007 deemed appropriate by the Court.

Respectfully submitted,

/s/ Scott P. Lopez
Scott P. Lopez, Mass. BBO # 549556
*Pro Hac Vice Counsel*
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

/s/ Kevin J. Bristow
Kevin J. Bristow, RI Bar ID # 3984
*Local Counsel*
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

Dated: July 11, 2007

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, a copy of the foregoing Motion was filed electronically and served by mail on any attorney of record that is unable to accept electronic filing in this. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by first class mail to any attorney of record unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Scott P. Lopez
Scott P. Lopez