UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

PATRICK CLYNE CR 07-032-01
IBTISAMA BRADLEY CR 07-032-02

## ORDER

Defendants have moved for a continuance of the trial date and an extension of time for the filing of pretrial motions. The government does not object.

This Court, therefore, modifies the schedule previously issued. This matter will be set for empanelment in October. Defendants shall have until September 7, 2007 to file any pretrial motions. Pretrial memoranda shall be filed on or before September 14, 2007, unless there are pretrial motions then pending.

The Court will conduct a final pretrial conference on September 24, 2007 at 2:00 p.m.

All time from the date of the filing of defendants' motion to and including September 7, 2007 is excludable under the Speedy Trial Act.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
July 16, 2007