UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : |
| | : Cr. No. 07-032-ML |
| | : |
| PATRICK CLYNE and IBTISAMA BRADLEY | : |

**MOTION TO DISMISS INDICTMENT**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Andrew J. Reich, Assistant United States Attorney, and respectfully moves this Court to dismiss the Indictment against co-defendants Patrick Clyne and Ibtisama Bradley contained in Cr. No. 07-032-ML without prejudice. This Motion is made pursuant to the plea agreement with Patrick Clyne entered in Cr. No. 07-107-ML.

Respectfully submitted,
UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 --(401) 709-5001 (fax)
E-mail:andrew.reich@usdoj.gov

SO ORDERED:

Mary M. Lisi
MARY M. LISI
CHIEF UNITED STATES DISTRICT COURT JUDGE

DATE: August 9, 2007

**CERTIFICATE OF SERVICE**

I the undersigned on this 8th day of August, 2007 caused the within Government's Motion to Dismiss to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant has received notice electronically:

Scott P. Lopez
24 School St., 8th floor
Boston, MA 02108

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail:andrew.reich@usdoj.gov