**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **v.** | ) | **CRIMINAL NO.: 07-CR-00032-ML** |
| **IBTISAMA BRADLEY,** **Defendant.** | ) | |

## MOTION FOR DISCHARGE OF LIENS

Ibtisama Bradley, by and through undersigned counsel, hereby moves this Honorable Court for an Order directing the United States Clerk of Court for the United States District Court for the District of Rhode Island to execute the proposed discharges of liens attached hereto as <u>Exhibits "A" and "B"</u> in the presence of a notary and, thereafter, to release the originals of each fully executed discharge to undersigned counsel so said originals can be filed with the Recorder of Deeds for the City of Providence and Town Clerk for the Town of North Kingstown, respectively. Specifically, Ibtisama Bradley respectfully requests the Court to order the United States Clerk of Court to execute the attached discharges of liens in the presence of a notary so they can be filed with Town of North Kingstown and City of Providence and thereby discharge the notices of lien previously filed pursuant to the Order Setting Conditions of Release entered by the Court (Martin, J.) on May 7, 2007 in the above-captioned matter.

In support of this motion, Ibtisama Bradley states, by and through undersigned counsel, the following:

1. At the time of her arraignment, Ibtisama Bradley (hereinafter "Bradley") was required to execute an appearance bond in the amount of $100,000.00 secured by real property

located in the Town of North Kingstown and the City of Providence, Rhode Island. See Order Setting Conditions of Release entered by the Court (Martin, J.) on May 7, 2007 [¶ 7(b)]; [Docket Entry # 18 in 07-Cr-032-ML].

2. On May 11, 2007, a notice of lien in the amount of $25,000.00 was filed with the Recorder of Deeds for the City of Providence on property jointly owned by Bradley and Patrick Clyne in Book 8670, Page 226, concerning property located at 67 Ridge Street, Providence, Rhode Island. See Copy of notice of lien attached hereto; [Docket Entries # 27 in 07-Cr-032-ML].

3. On May 11, 2007, a notice of lien in the amount of $75,000.00 was filed with the Town Clerk for the Town of North Kingstown on property jointly owned by Bradley's step-daughter, Ailis Clyne, and step-son-in-law Dylan Costa, in Book 2218, Page 193, concerning property located at 40 Bellewood Court, North Kingstown, Rhode Island. See Copy of Notice of Lien attached hereto; [Docket Entries # 29 in 07-Cr-032-ML].

4. The above-captioned Indictment was subsequently dismissed against Bradley pursuant to an Order by this Court (Lisi, J.) dated August 9, 2007. See Criminal Docket No. 07-Cr-00107-ML. [Docket Entry # 47].

5. Pursuant to terms of the appearance bond required by the Court, Bradley completed her appearance obligations when the above-captioned Indictment was dismissed. Accordingly, the notices of lien that secured her agreement to forfeit property upon her failure to appear should now be discharged.

6. Finally, the government does not object to this motion.

WHEREFORE, Ibtisama Bradley respectfully requests this Honorable Court to grant this motion and order the United States Clerk of Court to execute the proposed discharges of liens in the forms attached hereto as Exhibits "A" &" B" in the presence of a notary and, thereafter, to release

the originals of each fully executed discharge to undersigned counsel so undersigned counsel can file the appropriate original with the Recorder of Deeds for the City of Providence and the Town Clerk for the Town of North Kingstown.

Respectfully submitted,
For Ibtisama Bradley,
By her attorneys,

/s/ Scott P. Lopez
Scott P. Lopez, Mass. BBO # 549556
*Pro Hac Vice Counsel*
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

/s/ Kevin J. Bristow
Kevin J. Bristow, RI Bar ID # 3984
*Local Counsel*
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

Dated: April 22, 2008

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, a copy of the foregoing Motion was filed electronically and served by mail on any attorney of record that is unable to accept electronic filing in this. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by first class mail to any attorney of record unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Scott P. Lopez
Scott P. Lopez

# NOTICE OF LIEN

OWNER OF RECORD Berney Clyne and Ibtisama Bradley

UNITED STATES OF AMERICA

CRIMINAL NO. 07-32-01-ML

vs.

Ibtisama Bradley
(Name of Defendant)

&ZSR Doc No: 00181715
Book: 8670 Page: 226

TO: CITY/TOWN CLERK

RE: PLAT NO. 033 LOT 0693

TOWN OF:
City of Providence
Rhode Island

ADDRESS OF PROPERTY:
67 Ridge Street
Providence, RI

NOTICE IS HEREBY GIVEN OF AN ACTION IN THE ABOVE-ENTITLED CASE INVOLVING TITLE TO THE FOLLOWING DESCRIBED PROPERTY. VALUED IN THE AMOUNT OF $ 440,000.00. AMOUNT OF LIEN: 25,000.00.

THE DEFENDANT IN THE ABOVE-ENTITLED ACTION HAS BEEN ORDERED BY THIS COURT TO FILE THIS NOTICE OF LIEN ON PLAT NO. 033, LOT NO. 0693 NOTICE OF LIEN IS HEREBY GIVEN.

[signature]
UNITED STATES CLERK OF COURT

CITY/TOWN CLERK'S OFFICE

RECEIVED:

Providence
Received for Record
May 11,2007 at 10:26:06A
Document Num: 00181715
Barbara Troncy
Recorder of Deeds

ASSENT:
[signature]
UNITED STATES ATTORNEY

NOTICE OF LIEN BK2218PG193

OWNER OF RECORD Dylan Costa and Ailis Clyne

UNITED STATES OF AMERICA CRIMINAL NO. 07-32-01-ML

vs.

Ibtisama Bradley
(Name of Defendant)

TO: CITY/TOWN CLERK RE: PLAT NO. 099 LOT 040

TOWN OF:
North Kingstown
Rhode Island

ADDRESS OF PROPERTY:
40 Bellewood Court
North Kingstown, RI

NOTICE IS HEREBY GIVEN OF AN ACTION IN THE ABOVE-ENTITLED CASE INVOLVING TITLE TO THE FOLLOWING DESCRIBED PROPERTY. VALUED IN THE AMOUNT OF $ 415,800.00. AMOUNT OF LIEN: 75,000.00.

THE DEFENDANT IN THE ABOVE-ENTITLED ACTION HAS BEEN ORDERED BY THIS COURT TO FILE THIS NOTICE OF LIEN ON PLAT NO. 099, LOT NO. 040 NOTICE OF LIEN IS HEREBY GIVEN.

UNITED STATES CLERK OF COURT

CITY/TOWN CLERK'S OFFICE

2007 MAY 11 AM 11:23
TOWN OF NORTH KINGSTOWN
JAMES D. MARQUES, TOWN CLERK

ASSENT;

UNITED STATES ATTORNEY