**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL NO.: 07-CR-00032-ML** |
| **IBTISAMA BRADLEY,** **Defendant.** | |

## ORDER ON MOTION FOR DISCHARGE OF LIEN

This cause came to be heard on defendant, Ibtisama Bradley's Motion for Discharge of Lien on property located at 40 Bellewood Court, North Kingstown, Rhode Island 02852 (Plat No.: 099; Lot 040). This Court, having granted defendant's motion, HEREBY ORDERS that the NOTICE OF LIEN in the amount of seventy-five thousand dollars ($75,000.00), recorded with James D. Marques, Town Clerk for the Town of North Kingstown, Rhode Island, in Book 2218, Page 193, is hereby satisfied in full.

Dated: April 23, 2008

SO ORDERED:

Mary M. Lisi

MARY M. LISI
Chief United States District Judge
United States District Court for the
District of Rhode Island